UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY RAQUEL AND ERIKA CAMRIEGH SOLIS,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC., and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No.: 2:21-CV-00224-WBS-DB<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:   December 17, 2020<br><br>Judge: Hon. William B. Shubb |

Per the stipulation of Plaintiffs Shelly Raquel and Erika Camriegh Solis and Defendant Mercedes-Benz USA, LLC's deadline to respond to Plaintiffs' Complaint is hereby extended to March 11, 2021.  IT IS SO ORDERED.

Dated:  February 23, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**