UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY RAQUEL AND ERIKA CAMRIEGH SOLIS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC., and DOES 1 through 10 inclusive,<br><br>　　　　Defendant. | Case No.: 2:21-CV-00224-WBS-DB<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

　　　Per the stipulation of Plaintiffs Shelly Raquel and Erika Camriegh Solis and Defendant Mercedes-Benz USA, LLC's deadline to respond to Plaintiffs' Complaint is hereby extended to April 15, 2021.  IT IS SO ORDERED.

Dated:  April 8, 2021

　　　　　　　　　　　　　　　　　_/s/ William B. Shubb_____
　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**