UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY RAQUEL AND ERIKA CAMRIEGH SOLIS,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC.,<br>and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No.: 2:21-CV-00224-WBS-DB<br><br>**ORDER ON STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT** |

    Per the stipulation of Plaintiffs Shelly Raquel and Erika Camriegh Solis and Defendant Mercedes-Benz USA, LLC's, this matter is stayed pending settlement. The Scheduling Conference previously set for June 7, 2021, is hereby vacated, and the file in this case shall be **ADMINISTRATIVELY CLOSED**, subject to the conference being reset and the file being reopened pursuant to the terms of the parties' stipulation.

    IT IS SO ORDERED.

Dated: April 20, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---
**ORDER ON STIPULATION TO EXTEND TIME TO STAY PROCEEDINGS PENDING SETTLEMENT**